IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES STATEN**,

**Plaintiff,**

v.

**DORENE HOOSMAN,**

**Defendant.**                                                            No. 11-CV-0039-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on plaintiff's motion for leave to proceed in forma pauperis.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 18, 2011, this case is **DISMISSED** with prejudice.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**


BY:      /s/*Sandy Pannier*
                **Deputy Clerk**

Dated: January 18, 2011

David R. Herndon
2011.01.18 16:08:08
-06'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT